# United States Bankruptcy Court
For The
Western District of New York

Date: 8/10/2022  Case No: 21-20292-PRW

IN RE: DORIAN A DAVID  SSN #1: XXX-XX-3652
315 PARSELLS AVENUE
ROCHESTER, NY 14609

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 001 | AMERICAN TAX FUNDING, LLC / STAGG, TERENZI, CONFUSIONE & 401 FRANKLIN AVENUE; SUITE 300 / GARDEN CITY, NY 11530 | 5,246.01 | 18.0000% From 07/11/2022 | Secured |
| 002 | AMERICAN TAX FUNDING, LLC / STAGG, TERENZI, CONFUSIONE & 401 FRANKLIN AVENUE; SUITE 300 / GARDEN CITY, NY 11530 | 14,841.78 | | Secured |
| 003 | CITY OF ROCHESTER / ATTN :SCOTT SMITH, LAW DEPT 30 CHURCH STREET RM 400A CITY HALL / ROCHESTER, NY 14614 | 12,945.24 | 12.0000% From 07/11/2022 | Secured |
| 004 | DIRECT LOAN SERVICING CENTER / P O BOX 5609 GREENVILLE, TX 75403-5609 | None | | Not Filed .00 |
| 005 | DIRECT LOAN SERVICING CENTER / P O BOX 5609 GREENVILLE, TX 75403-5609 | None | | Not Filed .00 |
| 006 | MONROE COUNTY TREASURER / 39 W. MAIN ST. ROOM B-2 / ROCHESTER, NY 14614 | 3,198.23 | 18.0000% From 07/11/2022 | Secured |
| 007 | PARTNERS FINANCIAL SERVICES INSTITU / 575 RUDDER ROAD FENTON, MO 63026 | None | | Not Filed .00 |
| 008 | PROPEL FINANCIAL 1, LLC / P.O. BOX 679032 DALLAS, TX 75267-9032 | 2,316.21 | 18.0000% From 07/11/2022 | Secured |
| 009 | PROPEL FINANCIAL 1, LLC / P.O. BOX 679032 DALLAS, TX 75267-9032 | 5,353.75 | | Secured |
| 010 | STAGG, TERENZI, CONFUSIONE / & WABNIK, LLP 401 FRANKLIN AVENUE STE 300 / GARDEN CITY, NY 11530 | None | | Unsecured |
| 011 | US BANK / AS CUSTODIAN FOR TOWER DBW II TRUST P.O. BOX 780770 / PHILADELPHIA, PA 19178-0770 | 2,271.01 | 18.0000% From 07/11/2022 | Secured |
| 012 | US BANK / AS CUSTODIAN FOR TOWER DBW II TRUST P.O. BOX 780770 / PHILADELPHIA, PA 19178-0770 | 1,573.54 | | Secured |
| 013 | US DEPARTMENT OF EDUCATION / c/o NELNET 121 SOUTH 13TH STREET, SUITE 201 / LINCOLN, NE 68508 | 4,955.06 | | Unsecured |
| 014 | WINDELS MARX LANE & MITTENDORF / 156 WEST 56TH STREET NEW YORK, NY 10019 | None | | Not Filed .00 |
| 015 | MONROE COUNTY CHILD SUPPORT / 33 N. FITZHUGH STREET, 5T ROCHESTER, NY 14614 | 357.41 | | Priority |
| 016 | MONROE COUNTY TREASURER / 39 W. MAIN ST. ROOM B-2 / ROCHESTER, NY 14614 | 831.34 | | Secured |

# United States Bankruptcy Court
For The
Western District of New York

Date: 8/10/2022  Case No: 21-20292-PRW

IN RE: DORIAN A DAVID  SSN #1: XXX-XX-3652
315 PARSELLS AVENUE
ROCHESTER, NY 14609

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 017 | CITY OF ROCHESTER / ATTN :SCOTT SMITH, LAW DEPT  30 CHURCH STREET RM 400A CITY HALL / ROCHESTER, NY 14614 | 7,823.95 | | Secured |
| | Total | 61,713.53 | | |

| | | | |
|---|---|---|---|
| MIKE J KRUEGER ESQ  c/o MCCONVILLE CONSIDINE ETAL  300 MERIDIAN CENTRE BLVD SUITE 110  ROCHESTER, NY 14618 | 2,658.00 | | Debtor's Attorney |

Your Trustee has examined the claims and recommends to the Court that they be deemed allowed for the amounts claimed, payable in the manner classified subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claims be allowed as set forth above.

/s/ George M. Reiber
George M. Reiber
Standing Chapter 13 Trustee

## NOTICE

At Rochester, NY

PLEASE TAKE NOTICE that the above claims are allowed as recommended by the Trustee and payable as provided by the debtor's plan. The debtor and debtor's attorney of record are hereby advised that written application for modification of this notice must be made within 30 days from the date of the certificate of mailing of this notice. The motion to allow claims is deemed approved without a separate order of this Court, absent a written application for modification.

CLERK  /s/ Lisa Bertino Beaser, Clerk of the Court

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of the Notice was sent electronically or by ordinary US Mail, postage prepaid on __8/11/22__ to the debtor and attorney for the debtor.

/s/